IN THE UNITED STATES DISTRICT COURT FOR THE EASTER OF PA

OFFICE OF THE CLERK

WILLIAMS DANIELS

    PLAINTIFF

V                                          CIVIL ACTION

MOSHANNON VALLEY CORRECTIONAL (FDC)

    AND NOW ON THIS 21 DAY OF AUGUST 2022, COMES PLAINTIFF WILLIAMS DANIEL MOVES THIS HONORABLE COURT TO FILE A CIVIL ACTION AGAINST THE (MOSHANOON VALLEY CORRECTIONAL INSTITUTION-FDC) FOR BEING SEXUALLY ASSULTED BY A STAFF MEMBER WHILE HE WAS BEING DETAINED AT THAT INSTITUTION.

    MR DANIELS SPOKE LITTLE ENGLISH PRIOR TO THE SEXUAL ASSULTED. AFTER REPORTED THE INCIDENT TO THE STAFF MEMBERS, MR DANIELS WAS TOLD BY THE GUARDS THAT HE WILL NEVER SEE A DAY LIGHT AGAIN IF HE DON'T KEEP HIS MOUTH SHUT. AS A FOREIGNER, MR DANIELS WAS FRIGHTENED AND DIDN'T KNOW WHAT TO DO AND ATTEMPTED TO TAKE HIS OWN LIFE. MR DANIELS HAS BEEN INFORMED BY HIS DOCTOR THAT SUCH INCIDENT SHOULD BE REVIEWED, INVESTIGATED, FOLLOWED BY CRIMINAL CHARGES AND A CIVIL ACTION.

    THEREFORE THIS PLAINTIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT TO REVIEW FOR THE CRIMINAL CHARGES, AND A CIVIL ACTION AGAINST THE MOSHANNON VALLEY CORRECTIONAL FOR THE SEXUAL ASSULTED AGAINST HIM, AND AN ATTORNEY TO ASSIST HIM IN THIS MATTER

                                          SINCERELY YOURS WILLIAMS DANII

                         PERSON TO CONTACT; ANGEL DANIELS

               2276 50TH ST SW NAPLES FL 34116 # 239-231-0570

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA
CIVIL DIVISION

WILLIAMS DANIELS
  PLAINTIFF

  V.                                               CIVIL ACTION

MD SHANNON VALLEY CORRECTIONAL (FDC)   DOCKET NO:

                                        HONORABLE JUDGE:

## ORDER OF COURT

AND NOW, THIS ___ DAY OF ___ 2022 THE WITHIN CIVIL COMPLAINT FOR SEXUAL ASSULT AGAINST WILLIAMS DANIELS HAS BEEN FILED

IT IS HEREBY ORDERED, THAT A HEARING ON PLAINTIFF CIVIL COMPLAINT REQUEST SHALL BE ACCUR ON THE ___ DAY OF ___ 2022 AT ___ O'CLOCK __ M. BEFORE THE ___

BY THE COURT

_____

# UNSWORN VERIFICATION

I, __Williams Daniels__, verify that the statements made in the foregoing pleading are true and correct to the best of my knowledge, information, and belief. I understand that any false statements made herein are subject to the penalties of 18 PA. C.S.A. §4904, relating to unsworn falsification to authorities.

__8-1-2022__
DATE

__[signature]__
SIGNATURE

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN OF PA

OFFICE OF THE CLERK

WILLIAMS DANIELS
    PLAINTIFF

V.                                     NO:

MOSHANNON VALLEY CORRECTIONAL-FDC

## PROOF OF SERVICE

I HEREBY CERTIFY THAT ON THIS DAY I, WILLIAMS DANIELS, PLAINTIFF IN THE ABOVE-CAPTIONED MATTER HEREBY SERVE THE following BY FIRST-CLASS MAIL TO:

THE UNITED STATES CLERK OF COURT
FOR THE EASTERN DISTRICT OF PA
2609 JAMES A. BYRNE US COURT
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

US DEPARTMENT OF JUSTICE
C.R.D. SPECIAL LITIGATION SECTION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

MOSHANNON VALLEY CORRECTIONAL
555 GEO DR
PHILIPSBURG, PA 16866

FBI DIRECTOR WRAY
935 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20535

DATE 8-26-202

/s/ [signature]

WILLIAMS DANIELS
    PLAINTIFF

SCI SOMERSET:
1600 WALTERS MILLS RD SOMERSET PA 15510

**Smart Communications/PADOC**
SCI-Somerset
Name Williams Daniels
Number NG 7192
PO Box 33028
St Petersburg FL 33733



PA Dept of Corrections
INMATE MAIL

U.S.M.C
XMB

Att: The Clerk of the court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2609 JAMES A BYRNE US COURT
601 MARKET STREET
PHILADELPHIA PA 19102



RECEIVED
AUG 3 1 2022